# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0292.  VINCENT TERRY et al. v. BE CAPITAL LENDING, LLC et al.**

Vincent and Mashaun Terry seek discretionary review of a magistrate court order denying their motion to set aside orders and judgments, motion to vacate orders and judgments, motion to set aside and vacate a deed under power of sale, and motion to strike BE Capital Lending, LLC's petitions and pleadings in the magistrate court and the superior court in this dispossessory action.

Under OCGA § 15-10-41 (b) (1), appeals from magistrate court judgments must be taken to the state or superior court. *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991) ("The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court.").

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this application, including the Terrys' pending motion to stay, is hereby TRANSFERRED to the Fulton County Superior Court.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  04/08/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*